TRIAL COURT NO. D-1-DE-11-904087SS   WR-77.403-46          77,402-46

DARRELL J. HARPER                    IN THE COURT OF CRIMINAL APPEALS

V.                                   THIRD JUDICIAL DISTRICT

STATE OF TEXAS                       SITTING IN AUSTIN, TEXAS

MOTION DISMISSED
DATE: 4-24-15
BY: P.C.

REHEARING / RECONSIDERATION

TO THE CLERK'S OFFICE:

1. Come now Applicant, Darrell J. Harper motions court for rehearing or reconsideration of application for writ for habeas corpus that was prejudicely denied for a lack of jurisdiction to prosecute civil rights violators.

2. Applicant is a convicted felon due to the lack of jurisdiction the State of Texas has for prosecuting civil rights violators, as amended.

Very Truly Yours,
Darrell J. Harper
Darrell J. Harper Pro Se
Inmate No. 1957729
C. B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

Certification Of Service

Applicant, Darrell J. Harper does hereby certify that the Motion is true and correct for Processing on or around Monday the 20th day of April 2015, in accordance with Tex. Crim. App. Rules and Procedures.

Darrell J. Harper
Darrell J. Harper

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 23 2015

Abel Acosta, Clerk